**Fill in this information to identify your case and this filing:**

Debtor 1 _Anna_ _Lee_
First Name / Middle Name / Last Name

Debtor 2
(Spouse if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the _Western_ District of _Washington_

Case number _18 - 1485 8 - TWD_

FILED

2019 JAN 10 PM 2:36

M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE

BY_____ DEP ☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2
☑ Yes. Where is the property?

1.1 _8525 S 115Th PL_
Street address, if available, or other description

_Seattle_ _WA_ _98178_
City / State / ZIP Code

_King_
County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number _K 118 0001520_

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

Current value of the entire property? $_360,000_
Current value of the portion you own? $_472,000_

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known

☐ Check if this is community property (see instructions)

If you own or have more than one, list here

1.2 _6955 S. Rustic RD_
Street address, if available, or other description

_Seattle_ _WA_ _98178_
City / State / ZIP Code

_King_
County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

Current value of the entire property? $_400,000_
Current value of the portion you own? $_370,000_

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known
_50% of Property B Gift_

☐ Check if this is community property (see instructions)

Debtor 1  **Anna** **Lee**
First Name    Middle Name    Last Name

Case number (if known) 18 - 14858 - TWD

| | | |
|---|---|---|
| 13 | | **What is the property?** Check all that apply |

Street address, if available, or other description

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

**Current value of the entire property?**    **Current value of the portion you own?**

$ _____    $ _____

City    State    ZIP Code

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

County

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known**

_____

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here    →    $ **760,000**

---

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G Executory Contracts and Unexpired Leases*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 31 | Make | **Dodge CaraVan** |
|---|---|---|
| | Model | **Van** |
| | Year | **1999** |
| | Approximate mileage | **100,000** |
| | Other information | |

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

**Current value of the entire property?**    **Current value of the portion you own?**

$ **2,600**    $ **2,600**

If you own or have more than one, describe here

| 32 | Make | _____ |
|---|---|---|
| | Model | _____ |
| | Year | _____ |
| | Approximate mileage | _____ |
| | Other information | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ _____    $ _____

3.3 Make _____
Model _____
Year _____
Approximate mileage _____
Other information

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions  Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

3.4 Make _____
Model _____
Year _____
Approximate mileage _____
Other information

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions  Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

4 **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
  *Examples* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☐ Yes

4.1 Make _____
Model _____
Year _____
Other information

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions  Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

If you own or have more than one, list here

4.2 Make _____
Model _____
Year _____
Other information

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2  Write that number here** → $ 2,600


| Part 3: | Describe Your Personal and Household Items |

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions

6. **Household goods and furnishings**

   *Examples* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☒ Yes Describe    Appliances, Furnitures, Kitchenware, Linens, China      $ 2,000

7. **Electronics**

   *Examples* Televisions and radios, audio, video, stereo, and digital equipment, computers, printers, scanners, music collections, electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☒ Yes Describe    T.V, Sewing Machine      $ 2330

8. **Collectibles of value**

   *Examples* Antiques and figurines, paintings, prints, or other artwork, books, pictures, or other art objects, stamp, coin, or baseball card collections, other collections, memorabilia, collectibles

   ☒ No
   ☐ Yes Describe      $

9. **Equipment for sports and hobbies**

   *Examples* Sports, photographic, exercise, and other hobby equipment, bicycles, pool tables, golf clubs, skis, canoes and kayaks, carpentry tools, musical instruments

   ☒ No
   ☐ Yes Describe      $

10. **Firearms**

    *Examples* Pistols, rifles, shotguns, ammunition, and related equipment

    ☒ No
    ☐ Yes Describe      $

11. **Clothes**

    *Examples* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☒ Yes Describe      $ 500

12. **Jewelry**

    *Examples* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☒ Yes Describe      $ 1600

13. **Non-farm animals**

    *Examples* Dogs, cats, birds, horses

    ☒ No
    ☐ Yes Describe      $

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☒ No
    ☐ Yes Give specific information      $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3 Write that number here** → $ 6,400

Debtor 1     Anna              Lee
             First Name   Middle Name   Last Name

Case number (if known) 18-14858-TWD

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions

16 **Cash**

Examples  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes                                                            Cash              $ 200

17 **Deposits of money**

Examples  Checking, savings, or other financial accounts, certificates of deposit, shares in credit unions, brokerage houses, and other similar institutions  If you have multiple accounts with the same institution, list each

☐ No
☒ Yes

|  | Institution name | |
|---|---|---|
| 17 1  Checking account | Chase BANK | $ 2,000 |
| 17 2  Checking account | | $ |
| 17 3  Savings account | Chase BANK | $ 25,000 |
| 17 4  Savings account | | $ |
| 17 5  Certificates of deposit | | $ |
| 17 6  Other financial account | | $ |
| 17 7  Other financial account | | $ |
| 17 8  Other financial account | | $ |
| 17 9  Other financial account | | $ |

18 **Bonds, mutual funds, or publicly traded stocks**

Examples  Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes            Institution or issuer name

|  | |
|---|---|
| | $ |
| | $ |
| | $ |

19 **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No          Name of entity                                    % of ownership
☐ Yes  Give specific                                            0%    %      $
        information about                                        0%    %      $
        them                                                     0%    %      $

**20 Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them

☒ No

☐ Yes  Give specific
information about
them

Issuer name

| | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

**21 Retirement or pension accounts**

*Examples* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No

☐ Yes  List each
account separately

| Type of account | Institution name | |
|---|---|---|
| 401(k) or similar plan | _____ | $_____ |
| Pension plan | _____ | $_____ |
| IRA | _____ | $_____ |
| Retirement account. | _____ | $_____ |
| Keogh | _____ | $_____ |
| Additional account | _____ | $_____ |
| Additional account | _____ | $_____ |

**22 Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No

☐ Yes

| | Institution name or individual | |
|---|---|---|
| Electric | _____ | $_____ |
| Gas | _____ | $_____ |
| Heating oil | _____ | $_____ |
| Security deposit on rental unit | _____ | $_____ |
| Prepaid rent. | _____ | $_____ |
| Telephone | _____ | $_____ |
| Water | _____ | $_____ |
| Rented furniture | _____ | $_____ |
| Other | _____ | $_____ |

**23 Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No

☐ Yes

| Issuer name and description | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1)

- ☒ No
- ☐ Yes

Institution name and description. Separately file the records of any interests 11 U.S.C. § 521(c)

| | $ |
| | $ |
| | $ |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

- ☒ No
- ☐ Yes. Give specific information about them

$_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

- ☒ No
- ☐ Yes. Give specific information about them

$_____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

- ☒ No
- ☐ Yes. Give specific information about them

$_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions

28. **Tax refunds owed to you**

- ☒ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years

| | |
| --- | --- |
| Federal | $_____ |
| State | $_____ |
| Local | $_____ |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

- ☒ No
- ☐ Yes. Give specific information

| | |
| --- | --- |
| Alimony | $_____ |
| Maintenance | $_____ |
| Support | $_____ |
| Divorce settlement | $_____ |
| Property settlement | $_____ |

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits, unpaid loans you made to someone else

- ☒ No
- ☐ Yes. Give specific information

$_____

**31. Interests in insurance policies**

*Examples* Health, disability, or life insurance, health savings account (HSA), credit, homeowner's, or renter's insurance

☒ No

☐ Yes  Name the insurance company of each policy and list its value

| Company name | Beneficiary | Surrender or refund value |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☒ No

☐ Yes  Give specific information

$

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☒ Yes  Describe each claim  Case Pending w/ ATTY office - 10/23/2018 Car accident.

$ 2,100

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes  Describe each claim

$

**35. Any financial assets you did not already list**

☒ No

☐ Yes  Give specific information

$

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4 Write that number here**  → $ 38,700

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No  Go to Part 6

☐ Yes  Go to line 38

Current value of the portion you own?
Do not deduct secured claims or exemptions

**38. Accounts receivable or commissions you already earned**

☒ No

☐ Yes  Describe

$

**39. Office equipment, furnishings, and supplies**

*Examples* Business-related computers software modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No

☐ Yes  Describe

$

# STATE OF WASHINGTON
## POLICE TRAFFIC COLLISION REPORT

1591971

**REPORT NO.** E853639

| Checkboxes | | |
|---|---|---|
| INTERSTATE ☐ | CITY STREET ☑ | FIRE RESULTED ☐ |
| STATE ROUTE ☐ | OTHER ☐ | STOLEN VEHICLE ☐ |
| COUNTY RD ☐ | PRIVATE WAY ☐ | HIT & RUN INVOLVED ☐ |

**CASE #** 18-13185

**LOCAL AGENCY CODING** 4100

**TRIBAL RESERVATION**

**TOTAL # OF UNITS** 02 **OBJECT STRUCK**

**DATE OF COLLISION** M M 10 - D D 23 - Y Y Y Y 2018 **TIME (2400)** 1833 **COUNTY #** 17 **MILES** N☐ S☐ E☐ W☐ IN☑ OF☐ **CITY #** 1070

**ON (PRIMARY TRAFFIC WAY)** RAINIER AVE S **INTERSECTION** ☐ **NON-INTERSECTION** ☑ **BLOCK NO** ☑ **MILE POST** ☐ 100

**DISTANCE** | . | MILES☐ FEET☐ N☐ S☐ E☐ W☐ **OF (REFERENCE OR CROSS STREET)**

---

**UNIT 01** MOTOR VEHICLE ☑ PEDAL-CYCLE ☐ **DAMAGE THRESHOLD MET** YES☐ NO☐ **PHONE** D 2069026090

**LAST NAME** SUBELBIA **FIRST NAME** ALAINA **MIDDLE INITIAL** M

**STREET NEW ADDRESS** 454 SENECA AVE NW

**CITY** RENTON **ST** WA **ZIP** 980573464

**CDL** **RESTRICTIONS** B, J **ENDORSEMENTS**

**DRIVER'S LICENSE #** SUBELAM201KD **STATE** WA **SEX** F **D.O.B. MMDDYYYY** 05 - 04 - 1980

**ON DUTY** ☐ **STATUS** **AIRBAG** 6 **RESTR** 9 **EJECT** 1 **HELMET USE** 2 **INJURY CLASS** 1 **NATURE OF INJURIES**

**LICENSE PLATE #** BGY8968 **STATE** WA **VIN#** 19UUB2F50FA007433

**TRAILER PLATE #** **STATE** **TRAILER PLATE #** **STATE**

**VEH YEAR** 2015 **MAKE** ACUR **MODEL** TLX **STYLE** SD **VEHICLE TOWED** YES☑ NO☐ **TOWED BY** **GOVT VEHICLE** YES☐ NO☐

**REGISTERED OWNER INFO** ALAINA SUBELBIA 454 SENECA AVE NW RENTON WA 98057

**LIABILITY INSURANCE IN EFFECT** ☐ **INSURANCE CO & POLICY #** COAST NATIONAL G00567763507 **VEHICLE No. 1** SHADE IN DAMAGED AREA

**VEHICLE LEGALLY STANDING** YES☐ NO☐ **CITATION #** 8Z1000717 **CHARGE** PROH/IMPROPER TURN

---

**UNIT 02** MOTOR VEHICLE ☑ PEDAL-CYCLE ☐ PEDESTRIAN ☐ PROPERTY OWNER ☐ **DAMAGE THRESHOLD MET** YES☑ NO☐ **PHONE** D 2068332759

**LAST NAME** LEE **FIRST NAME** ANNA **MIDDLE INITIAL** N

**STREET NEW ADDRESS** 8525 S 115TH PL

**CITY** SEATTLE **ST** WA **ZIP** 981783921

**CDL** **RESTRICTIONS** **ENDORSEMENTS**

**DRIVER'S LICENSE #** LEE**A*452QT **STATE** WA **SEX** F **D.O.B. MMDDYYYY** 11 - 30 - 1955

**ON DUTY** ☐ **STATUS** **AIRBAG** 3 **RESTR** 3 **EJECT** 1 **HELMET USE** 2 **INJURY CLASS** 7 **NATURE OF INJURIES** CHEST PAIN

**LICENSE PLATE #** AKU0635 **STATE** WA **VIN#** 1N4BU31F0PC221341

**TRAILER PLATE #** **STATE** **TRAILER PLATE #** **STATE**

**VEH YEAR** 1993 **MAKE** NISS **MODEL** ALTIMA **STYLE** **VEHICLE TOWED** YES☐ NO☑ **TOWED BY** **GOVT VEHICLE** YES☐ NO☑

**REGISTERED OWNER** THI LY 6814 119TH AVE NE KIRKLAND WA 98033

**LIABILITY INSURANCE IN EFFECT** ☑ **INSURANCE CO & POLICY #** FARMERS 193969871 **VEHICLE No. 2** SHADE IN DAMAGED AREA

**VEHICLE LEGALLY STANDING** YES☐ NO☐ **CITATION #** **CHARGE**

**OFFICER'S NAME (PRINT)** D LAMOTHE **BADGE OR ID #** 11677 **AGENCY** WA0171300

**PART A** 3000-345 159 R (7/06)

**PAGE** 01 **OF** 4

STATE OF WASHINGTON
**POLICE TRAFFIC
COLLISION REPORT**

1591972

CORRECTION

REPORT NO. **E853639**

CASE # **18-13185**




## ADDITIONAL PERSONS INVOLVED (PASSENGERS AND/OR WITNESSES ONLY)

| NAME (LAST, FIRST, MIDDLE INITIAL) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| ADDRESS & PHONE # | | SEX | D.O.B. MMDDYYYY | - | - |
|---|---|---|---|---|---|

| PASSENGER ☐ | WITNESS ☐ | UNIT # | SEAT POS. | AIRBAG | RESTR. | EJECT | HELMET USE | INJURY CLASS | NATURE OF INJURIES |
|---|---|---|---|---|---|---|---|---|---|

| NAME (LAST, FIRST, MIDDLE INITIAL) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| ADDRESS & PHONE # | | SEX | D.O.B. MMDDYYYY | - | - |
|---|---|---|---|---|---|

| PASSENGER ☐ | WITNESS ☐ | UNIT # | SEAT POS. | AIRBAG | RESTR | EJECT | HELMET USE | INJURY CLASS | NATURE OF INJURIES |
|---|---|---|---|---|---|---|---|---|---|

| NAME (LAST, FIRST, MIDDLE INITIAL) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| ADDRESS & PHONE # | | SEX | D.O.B. MMDDYYYY | - | - |
|---|---|---|---|---|---|

| PASSENGER ☐ | WITNESS ☐ | UNIT # | SEAT POS. | AIRBAG | RESTR. | EJECT | HELMET USE | INJURY CLASS | NATURE OF INJURIES |
|---|---|---|---|---|---|---|---|---|---|

## NARRATIVE

Please see subsequent narrative pages

I CERTIFY (DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT (RCW 9A.72.085)

| D LAMOTHE | | | 10-23-18 07 37 PM | | |
|---|---|---|---|---|---|
| INVESTIGATING OFFICER'S SIGNATURE | | UNIT OR DIST DET | DATED | PLACE SIGNED | |

| APPROVED BY | | DATE | |
|---|---|---|---|
| J AWAI 5252 | | 10/27/2018 10 27 40 AM | |

| BADGE OR ID # | 11677 | ORI # | WA0171300 | TIME POLICE DISPATCHED | 6 35 PM | TIME POLICE ARRIVED | 6 40 PM |
|---|---|---|---|---|---|---|---|

**PART B** 3000-345-160 R (7/06)

PAGE 2 OF 4

On 10/23/2018 at approximately 1835 hours, I was dispatched to the 100 block of Rainier Ave S, in the City of Renton, County of King, State of Washington, reference a two vehicle collision.

Upon arrival, I observed Vehicle #1 stopped straddling the sidewalk on the east side of Rainier Ave S. Vehicle #2 was stopped in the #2 lane, which is the middle northbound lane of travel. Vehicle #2 had moderate damage to the front of the vehicle and Driver #2 was still inside the vehicle

I approached the driver of Vehicle #1, identified via WADL as Alaina M. Subelbia (DOB 5/4/1980), and asked what happened. Subelbia stated she was traveling south on Rainier Ave S and attempted to make a left hand turn into the Buddy's parking lot She states Vehicle #2 was speeding and hit her vehicle. Subelbia did not sustain any injuries

Vehicle #1 sustained moderate damage to the front passenger side of the vehicle and both the front and side airbags deployed.

I then spoke with the driver of Vehicle #2, identified via WADL as Anna Lee (DOB 11/30/1955). Lee stated she was traveling north on Rainier Ave S when Vehicle #1 made a left hand turn in front of her and she was unable to avoid the vehicle Lee was transported to Valley Medical Center for chest pain

Vehicle #2 sustained heavy front end damage and airbag deployment

A witness, Michael Donahue (DOB 4/7/1977), stated he was behind Vehicle #1 travelling southbound and he observed Vehicle #1 make a left hand turn in front of Vehicle #2.

By making a left hand turn in front of on coming traffic at a time when it was not safe to do so, Subelbia committed an Improper Left Turn. A citation was forwarded to the prosecutor's office

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Electronically signed by D. Lamothe 11677 on 10/23/2018 at 1934 hours in Renton, WA.

Diagram Not To Scale



Rainier Ave S

Vehicle #2     Vehicle #1

Buddy's Home Furnishing Parking Lot



Case 18-14858-TWD     Doc 16     Filed 01/10/19     Ent. 01/10/19 15:20:26     Pg. 12 of 38

**40 Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No

❑ Yes Describe    $_____

**41 Inventory**

☒ No

❑ Yes Describe    $_____

**42 Interests in partnerships or joint ventures**

☒ No

❑ Yes Describe

| Name of entity | % of ownership | |
|---|---|---|
| | ____% | $_____ |
| | ____% | $_____ |
| | ____% | $_____ |

**43 Customer lists, mailing lists, or other compilations**

☒ No

❑ Yes Do your lists include personally identifiable information (as defined in 11 U S C § 101(41A))?

     ❑ No

     ❑ Yes Describe    $_____

**44 Any business-related property you did not already list**

☒ No

❑ Yes Give specific information

   $_____

   $_____

   $_____

   $_____

   $_____

   $_____

**45 Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5 Write that number here**    ➔    $_____⟨0⟩_____

---

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In**

If you own or have an interest in farmland, list it in Part 1

**46 Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No Go to Part 7

❑ Yes Go to line 47

**Current value of the portion you own?**

Do not deduct secured claims or exemptions

**47 Farm animals**

*Examples* Livestock, poultry, farm-raised fish

☒ No

❑ Yes    $____⟨—⟩____

---

**48. Crops—either growing or harvested**

☒ No

☐ Yes  Give specific information

$_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No

☐ Yes

$_____

**50. Farm and fishing supplies, chemicals, and feed**

☒ No

☐ Yes

$_____

**51. Any farm- and commercial fishing-related property you did not already list**

☒ No

☐ Yes  Give specific information

$_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**  ➔  $ ─0─

---

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**

*Examples* Season tickets, country club membership

☒ No

☐ Yes  Give specific information

$_____
$_____
$_____

**54. Add the dollar value of all of your entries from Part 7. Write that number here**  ➔  $ ─0─

---

## Part 8:    List the Totals of Each Part of this Form

**55. Part 1 Total real estate, line 2**  ➔  $ 760,000

**56. Part 2 Total vehicles, line 5**     $ 2,600

**57. Part 3 Total personal and household items, line 15**   $ 6,400

**58. Part 4 Total financial assets, line 36**   $ 38,700

**59. Part 5 Total business-related property, line 45**   $ 0

**60. Part 6 Total farm- and fishing-related property, line 52**   $ 0

**61. Part 7 Total other property not listed, line 54**   + $ 0

**62. Total personal property.** Add lines 56 through 61   $_____   Copy personal property total ➔ + $ 47,700

**63. Total of all property on Schedule A/B.** Add line 55 + line 62   $ 807,700

Fill in this information to identify your case:

Debtor 1 **Anna** _____ **Lee**
First Name ___ Middle Name ___ Last Name

Debtor 2
(Spouse if filing) First Name ___ Middle Name ___ Last Name

United States Bankruptcy Court for the **Western** District of **Washington**

Case number **18 - 14858 - TWD**
(If known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible If two married people are filing together, both are equally responsible for supplying correct information Using the property you listed on *Schedule A/B Property* (Official Form 106A/B) as your source, list the property that you claim as exempt If more space is needed, fill out and attach to this page as many copies of *Part 2 Additional Page* as necessary On the top of any additional pages, write your name and case number (if known)

For each item of property you claim as exempt, you must specify the amount of the exemption you claim One way of doing so is to state a specific dollar amount as exempt Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount

**Part 1:** Identify the Property You Claim as Exempt

1  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you*

☐ You are claiming state and federal nonbankruptcy exemptions  11 U S C § 522(b)(3)
☐ You are claiming federal exemptions  11 U S C § 522(b)(2)

2  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description  **ID NUMBER 405880-1800-068**<br><br>Line from *Schedule A/B* _____ | | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_____<br>_____ |
| Brief description _____<br><br>Line from *Schedule A/B* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_____<br>_____ |
| Brief description _____<br><br>Line from *Schedule A/B* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_____<br>_____ |

3  **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment )

☐ No
☐ Yes  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
    ☐ No
    ☐ Yes

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description _____  Line from *Schedule A/B* _____ | $_____ | ❑ $ _____  ❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description _____  Line from *Schedule A/B* _____ | $_____ | ❑ $ _____  ❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description _____  Line from *Schedule A/B* _____ | $_____ | ❑ $ _____  ❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description _____  Line from *Schedule A/B* _____ | $_____ | ❑ $ _____  ❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description _____  Line from *Schedule A/B* _____ | $_____ | ❑ $ _____  ❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description _____  Line from *Schedule A/B* _____ | $_____ | ❑ $ _____  ❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description _____  Line from *Schedule A/B* _____ | $_____ | ❑ $ _____  ❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description _____  Line from *Schedule A/B* _____ | $_____ | ❑ $ _____  ❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description _____  Line from *Schedule A/B* _____ | $_____ | ❑ $ _____  ❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description _____  Line from *Schedule A/B* _____ | $_____ | ❑ $ _____  ❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description _____  Line from *Schedule A/B* _____ | $_____ | ❑ $ _____  ❑ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description _____  Line from *Schedule A/B* _____ | $_____ | ❑ $ _____  ❑ 100% of fair market value, up to any applicable statutory limit | _____ |

Debtor 1 _Anna_ _LEE_
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the _Western_ District of _Washington_

Case number _18 - 14858 - TWD_
(if known)

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible If two married people are filing together, both are equally responsible for supplying correct information If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form On the top of any additional pages, write your name and case number (if known)

1. **Do any creditors have claims secured by your property?**
   ☐ No Check this box and submit this form to the court with your other schedules You have nothing else to report on this form
   ☒ Yes Fill in all of the information below

**Part 1:** List All Secured Claims

2. **List all secured claims** If a creditor has more than one secured claim, list the creditor separately for each claim If more than one creditor has a particular claim, list the other creditors in Part 2 As much as possible, list the claims in alphabetical order according to the creditor's name

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| 2.1 SELENE Finance | $317,888 | $360,000 | $ |

Creditor's Name

Describe the property that secures the claim

_P.O. Box 71243_
Number   Street

_Single home resident_

_Philadelphia PA 19176_
City   State   ZIP Code

As of the date you file, the claim is Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

Original
+
Past due.
207,907
} Total of
$ 472,000

**Who owes the debt?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _2018_

**Nature of lien** Check all that apply
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _5319_

| 2.2 | | $ | $ | $ |
|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim

Number   Street

As of the date you file, the claim is Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

City   State   ZIP Code

**Who owes the debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred

**Nature of lien** Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

Add the dollar value of your entries in Column A on this page Write that number here $_____

Fill in this information to identify your case:

Debtor 1 _Anna_ _LEE_
First Name    Middle Name    Last Name

Debtor 2
(Spouse if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the Western District of Washington

Case number __18 - 14858 - TWD__
(If known)

Check if this is

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date

____ / ____ / _____
MM / DD / YYYY

### Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information If you are married and not filing jointly, and your spouse is living with you, include information about your spouse If you are separated and your spouse is not filing with you, do not include information about your spouse If more space is needed, attach a separate sheet to this form On the top of any additional pages, write your name and case number (if known) Answer every question

| Part 1: | Describe Employment |
| --- | --- |

**1 Fill in your employment information**

If you have more than one job, attach a separate page with information about additional employers

Include part-time, seasonal, or self-employed work

Occupation may include student or homemaker, if it applies

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| **Employment status** | | ☐ Employed  ☒ Not employed | ☐ Employed  ☐ Not employed |
| **Occupation** | | Car Accident Wage loss - | |
| **Employer's name** | | | |
| **Employer's address** | | | |
| | | Number  Street | Number  Street |
| | | City    State  ZIP Code | City    State  ZIP Code |
| **How long employed there?** | | | |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form** If you have nothing to report for any line, write $0 in the space Include your non-filing spouse unless you are separated

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below If you need more space, attach a separate sheet to this form

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| **2** | **List monthly gross wages, salary, and commissions** (before all payroll deductions) If not paid monthly, calculate what the monthly wage would be. | 2 | $ 3500 | $ _____ |
| **3** | **Estimate and list monthly overtime pay** | 3 | + $ _____ | + $ _____ |
| **4** | **Calculate gross income** Add line 2 + line 3 | 4 | $ _____ | $ _____ |

Case 18-14858-TWD    Doc 16    Filed 01/10/19    Ent. 01/10/19 15:20:26    Pg. 18 of 38

Debtor 1 <u>Anna</u> <u>LEE</u>
First Name    Middle Name    Last Name

Case number (if known) <u>18-14858-TWD</u>

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | → 4 | $ | $ |

**5. List all payroll deductions**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a Tax, Medicare, and Social Security deductions | 5a | $ | $ |
| 5b Mandatory contributions for retirement plans | 5b | $ | $ |
| 5c Voluntary contributions for retirement plans | 5c | $ | $ |
| 5d Required repayments of retirement fund loans | 5d | $ | $ |
| 5e Insurance | 5e | $ | $ |
| 5f Domestic support obligations | 5f | $ | $ |
| 5g Union dues | 5g | $ | $ |
| 5h Other deductions Specify _____ | 5h | + $ | + $ |

6. Add the payroll deductions Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h | 6 | $ | $

7. Calculate total monthly take-home pay Subtract line 6 from line 4 | 7 | $ | $

**8. List all other income regularly received**

8a Net income from rental property and from operating a business, profession, or farm

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income | 8a | $ | $

8b Interest and dividends | 8b | $ | $

8c Family support payments that you, a non-filing spouse, or a dependent regularly receive

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement | 8c | $ | $

8d Unemployment compensation | 8d | $ | $

8e Social Security | 8e | $ | $

8f Other government assistance that you regularly receive

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies

Specify _____ | 8f | $ | $

8g Pension or retirement income | 8g | $ | $

8h Other monthly income Specify <u>Contribution (House income)</u> | 8h | + $ 5000 | + $

9. Add all other income Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h | 9 | $ | $

10. Calculate monthly income Add line 7 + line 9
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10 | $ | + | $ | = | $

11. State all other regular contributions to the expenses that you list in *Schedule J*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*

Specify _____ | 11 | + $

12. Add the amount in the last column of line 10 to the amount in line 11 The result is the combined monthly income
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies | 12 | $ 8600

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
☑ No
☐ Yes Explain [ ]

**Fill in this information to identify your case:**

Debtor 1 _Anna_ _Lee_
        First Name   Middle Name   Last Name

Debtor 2
(Spouse if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the _Western_ District of _Washington_

Case number _18-14858-TWD_
(If known)

Check if this is

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☒ No    Go to line 2
   ☐ Yes   **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes  Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*

2. **Do you have dependents?**        ☒ No

   Do not list Debtor 1 and        ☐ Yes  Fill out this information for
   Debtor 2                                each dependent

   Do not state the dependents'
   names

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No    ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4   $ _2,900_

If not included in line 4:

4a. Real estate taxes    4a   $ _included_

4b. Property, homeowner's, or renter's insurance    4b   $ _included_

4c. Home maintenance, repair, and upkeep expenses    4c   $ _____

4d. Homeowner's association or condominium dues    4d   $ _____

Case 18-14858-TWD    Doc 16    Filed 01/10/19    Ent. 01/10/19 15:20:26    Pg. 20 of 38

**Your expenses**

| | | | |
|---|---|---|---|
| 5 | **Additional mortgage payments for your residence**, such as home equity loans | 5 | $ 0 |
| 6 | **Utilities:** | | |
| | 6a   Electricity, heat, natural gas | 6a | $ 260 |
| | 6b   Water, sewer, garbage collection | 6b | $ 200 |
| | 6c   Telephone, cell phone, Internet, satellite, and cable services | 6c | $ 160 |
| | 6d   Other Specify _____ | 6d | $ |
| 7 | **Food and housekeeping supplies** | 7 | $ 300 |
| 8 | **Childcare and children's education costs** | 8 | $ |
| 9 | **Clothing, laundry, and dry cleaning** | 9 | $ |
| 10 | **Personal care products and services** | 10 | $ |
| 11 | **Medical and dental expenses** | 11 | $ 100 |
| 12 | **Transportation** Include gas, maintenance, bus or train fare<br>Do not include car payments | 12 | $ 200 |
| 13 | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13 | $ 50 |
| 14 | **Charitable contributions and religious donations** | 14 | $ 0 |
| 15 | **Insurance**<br>Do not include insurance deducted from your pay or included in lines 4 or 20 | | |
| | 15a   Life insurance | 15a | $ |
| | 15b   Health insurance | 15b | $ |
| | 15c   Vehicle insurance | 15c | $ 120 |
| | 15d   Other insurance Specify _____ | 15d | $ |
| 16 | **Taxes** Do not include taxes deducted from your pay or included in lines 4 or 20<br>Specify Sale Tax | 16 | $ 317 |
| 17 | **Installment or lease payments** | | |
| | 17a   Car payments for Vehicle 1 | 17a | $ |
| | 17b   Car payments for Vehicle 2 | 17b | $ |
| | 17c   Other Specify _____ | 17c | $ |
| | 17d   Other Specify _____ | 17d | $ |
| 18 | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I)** | 18 | $ |
| 19 | **Other payments you make to support others who do not live with you**<br>Specify _____ | 19 | $ |
| 20 | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I Your Income** | | |
| | 20a   Mortgages on other property | 20a | $ |
| | 20b   Real estate taxes | 20b | $ |
| | 20c   Property, homeowner's, or renter's insurance | 20c | $ |
| | 20d   Maintenance, repair, and upkeep expenses | 20d | $ |
| | 20e   Homeowner's association or condominium dues | 20e | $ |

21  **Other**  Specify  Mortgage                                        21  +$ 2900

22  **Calculate your monthly expenses**

22a  Add lines 4 through 21                                          22a  $ 1707

22b  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b  $ 0

22c  Add line 22a and 22b  The result is your monthly expenses       22c  $ 1707

23  **Calculate your monthly net income**

23a  Copy line 12 (*your combined monthly income*) from *Schedule I*   23a  $ 8500

23b  Copy your monthly expenses from line 22c above                   23b  -$ 4607

23c  Subtract your monthly expenses from your monthly income
The result is your *monthly net income*                            23c  $ 3893

24  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No

☐ Yes  Explain here

**Fill in this information to identify your case:**

Debtor 1     *Anna*               *Lee*
            First Name    Middle Name    Last Name

Debtor 2
(Spouse  if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the *Western* District of *Washington*

Case number     *18-14858-TWD*
(If known)

☐ Check if this is an
   amended filing

---

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/16

Be as complete and accurate as possible  If two married people are filing together, both are equally responsible for supplying correct information  If more space is needed, attach a separate sheet to this form  On the top of any additional pages, write your name and case number (if known)  Answer every question

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

1  **What is your current marital status?**

☐ Married
☒ Not married

2  **During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes  List all of the places you lived in the last 3 years  Do not include where you live now

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____ To _____ | Number   Street | From _____ To _____ |
| City        State  ZIP Code | | City        State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____ To _____ | Number   Street | From _____ To _____ |
| City        State  ZIP Code | | City        State   ZIP Code | |

3  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin )

☒ No
☐ Yes  Make sure you fill out *Schedule H  Your Codebtors* (Official Form 106H)

## Part 2:  Explain the Sources of Your Income

Case 18-14858-TWD    Doc 16    Filed 01/10/19    Ent. 01/10/19 15:20:26    Pg. 23 of 38

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1

- ☒ No
- ☐ Yes  Fill in the details

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For last calendar year**<br>(January 1 to December 31, 2018)<br>YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 62,000 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For the calendar year before that**<br>(January 1 to December 31, 2017)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 71,000 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony, child support, Social Security, unemployment, and other public benefit payments, pensions, rental income, interest, dividends, money collected from lawsuits, royalties, and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1

List each source and the gross income from each source separately. Do not include income that you listed in line 4

- ☐ No
- ☐ Yes  Fill in the details

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below | Gross income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy** | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |
| **For last calendar year**<br>(January 1 to December 31, ____)<br>YYYY | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |
| **For the calendar year before that**<br>(January 1 to December 31, ____)<br>YYYY | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

**6**   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☐ **No**   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

     ☐ **No**   Go to line 7

     ☐ **Yes**   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

     * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment

☐ **Yes**   **Debtor 1 or Debtor 2 or both have primarily consumer debts**

     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

     ☐ **No**   Go to line 7

     ☐ **Yes**   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number   Street<br><br>_____<br><br>_____<br>City        State      ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number   Street<br><br>_____<br><br>_____<br>City        State      ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number   Street<br><br>_____<br><br>_____<br>City        State      ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Case 18-14858-TWD    Doc 16    Filed 01/10/19    Ent. 01/10/19 15:20:26    Pg. 25 of 38

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives, any general partners, relatives of any general partners, partnerships of which you are a general partner, corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities, and any managing agent, including one for a business you operate as a sole proprietor 11 U S C § 101 Include payments for domestic support obligations, such as child support and alimony

   ❏ No
   ❏ Yes List all payments to an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| City    State   ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| City    State   ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider

   ❏ No
   ❏ Yes List all payments that benefited an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| City    State   ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| City    State   ZIP Code | | | | |

Debtor 1  ANNA (First Name)  Middle Name  Lee (Last Name)    Case number (if known) 18-14858-TWD

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes

- ☐ No
- ☐ Yes  Fill in the details

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title_____ <br> _____ <br> Case number _____ | | Court Name_____ <br> Number  Street_____ <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title_____ <br> _____ <br> Case number _____ | | Court Name_____ <br> Number  Street_____ <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below

- ☐ No  Go to line 11
- ☐ Yes  Fill in the information below

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____ <br> Creditor s Name <br> _____ <br> Number  Street <br> _____ <br> City    State  ZIP Code | **Explain what happened** <br> ☐ Property was repossessed <br> ☐ Property was foreclosed <br> ☐ Property was garnished <br> ☐ Property was attached, seized, or levied | _____ | $_____ |
| _____ <br> Creditor s Name <br> _____ <br> Number  Street <br> _____ <br> City    State  ZIP Code | **Explain what happened** <br> ☐ Property was repossessed <br> ☐ Property was foreclosed <br> ☐ Property was garnished <br> ☐ Property was attached, seized, or levied | _____ | $_____ |

Case 18-14858-TWD    Doc 16    Filed 01/10/19    Ent. 01/10/19 15:20:26    Pg. 27 of 38

**11** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☐ No

☐ Yes  Fill in the details

| | Describe the action the creditor took | | Date action was taken | Amount |
|---|---|---|---|---|
| Creditor's Name | | | | |
| Number   Street | | | _____ | $_____ |
| City   State   ZIP Code | Last 4 digits of account number XXXX–___ ___ ___ ___ | | | |

**12** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☐ No

☐ Yes

---

**Part 5:** **List Certain Gifts and Contributions**

---

**13** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☐ No

☐ Yes  Fill in the details for each gift

| Gifts with a total value of more than $600 per person | Describe the gifts | | Dates you gave the gifts | Value |
|---|---|---|---|---|
| Person to Whom You Gave the Gift | | | _____ | $_____ |
| Number   Street | | | _____ | $_____ |
| City   State   ZIP Code | | | | |
| Person's relationship to you  _____ | | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | | Dates you gave the gifts | Value |
|---|---|---|---|---|
| Person to Whom You Gave the Gift | | | _____ | $_____ |
| Number   Street | | | _____ | $_____ |
| City   State   ZIP Code | | | | |
| Person's relationship to you  _____ | | | | |

Case 18-14858-TWD   Doc 16   Filed 01/10/19   Ent. 01/10/19 15:20:26   Pg. 28 of 38

Debtor 1  ANNA  lee  
<sub>First Name    Middle Name    Last Name</sub>

Case number (if known) 18-14858-TWD

**14 Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

❏ No
❏ Yes  Fill in the details for each gift or contribution

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number    Street | | | |
| _____<br>City    State    ZIP Code | | | |

---

**Part 6:    List Certain Losses**

**15 Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

❏ No
❏ Yes  Fill in the details

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid  List pending insurance claims on line 33 of *Schedule A/B  Property* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:    List Certain Payments or Transfers**

**16 Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy

❏ No
❏ Yes  Fill in the details

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid | | | |
| _____<br>Number    Street | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>City    State    ZIP Code | | | |
| _____<br>Email or website address | | | |
| _____<br>Person Who Made the Payment, if Not You | | | |

Case 18-14858-TWD    Doc 16    Filed 01/10/19    Ent. 01/10/19 15:20:26    Pg. 29 of 38

| | Description and value of any property transferred | | Date payment or transfer was made | Amount of payment |
|---|---|---|---|---|
| Person Who Was Paid | | | | $ |
| Number   Street | | | | $ |
| City   State   ZIP Code | | | | |
| Email or website address | | | | |
| Person Who Made the Payment  if Not You | | | | |

**17** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16

☐ No
☐ Yes  Fill in the details

| | Description and value of any property transferred | | Date payment or transfer was made | Amount of payment |
|---|---|---|---|---|
| Person Who Was Paid | | | | $ |
| Number   Street | | | | $ |
| City   State   ZIP Code | | | | |

**18** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property)
Do not include gifts and transfers that you have already listed on this statement

☐ No
☐ Yes  Fill in the details

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person s relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

Case 18-14858-TWD    Doc 16    Filed 01/10/19    Ent. 01/10/19 15:20:26    Pg. 30 of 38

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*)

☐ No
☐ Yes  Fill in the details

|  | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

## Part 1: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts, certificates of deposit, shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions

☐ No
☐ Yes  Fill in the details

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____<br>Number  Street _____<br>_____<br>City    State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution _____<br>Number  Street _____<br>_____<br>City    State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
☐ Yes  Fill in the details

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____<br>Number  Street _____<br>_____<br>City    State  ZIP Code | Name _____<br>Number  Street _____<br>City  State  ZIP Code | | ☐ No<br>☐ Yes |

Case 18-14858-TWD   Doc 16   Filed 01/10/19   Ent. 01/10/19 15:20:26   Pg. 31 of 38

Debtor 1  _Anna_ _lee_
First Name    Middle Name    Last Name

**22** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
☐ Yes Fill in the details

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number    Street | Number    Street | | |
| | City State  ZIP Code | | |
| City          State    ZIP Code | | | |

---

**Part 9:   Identify Property You Hold or Control for Someone Else**

**23** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone

☐ No
☐ Yes Fill in the details

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | $_____ |
| Owner's Name | | | |
| Number    Street | Number    Street | | |
| | | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

---

**Part 10:   Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply

▪ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material

▪ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites

▪ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term

Report all notices, releases, and proceedings that you know about, regardless of when they occurred

**24** Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☐ No
☐ Yes Fill in the details

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| | City          State    ZIP Code | | |
| City          State    ZIP Code | | | |

---

25 **Have you notified any governmental unit of any release of hazardous material?**

☐ No

☐ Yes Fill in the details

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Name of site

Governmental unit

Number   Street

Number   Street

City    State   ZIP Code

City    State   ZIP Code

26 **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders**

☐ No

☐ Yes Fill in the details

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|

Case title_____

Court Name

☐ Pending

☐ On appeal

Number   Street

☐ Concluded

Case number

City    State   ZIP Code

## Part 11:   Give Details About Your Business or Connections to Any Business

27 **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No None of the above applies Go to Part 12

☐ Yes Check all that apply above and fill in the details below for each business

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN |

Business Name

Number   Street

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

Name of accountant or bookkeeper

Dates business existed

From _____ To _____

City    State   ZIP Code

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN |

Business Name

Number   Street

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

Name of accountant or bookkeeper

Dates business existed

From _____ To _____

City    State   ZIP Code

Debtor 1    Anna      lee      Case number *(if known)* 18-14858-TWD

First Name    Middle Name    Last Name

| | | |
|---|---|---|
| **Business Name** | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN<br><br>EIN __ __ - __ __ __ __ __ __ __ |
| **Number Street** | Name of accountant or bookkeeper | **Dates business existed** |
| **City**   **State**   **ZIP Code** | | **From** _____ **To** _____ |

---

**28** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties

☐ **No**

☐ **Yes** Fill in the details below

| | |
|---|---|
| | **Date issued** |
| **Name** | **MM / DD / YYYY** |
| **Number Street** | |
| **City**   **State**   **ZIP Code** | |

---

**Part 12: Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both  18 U S C §§ 152, 1341, 1519, and 3571

✗ _Anulwik_____     ✗ _____

**Signature of Debtor 1**        **Signature of Debtor 2**

Date 01-10-19      Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☐ No

☐ Yes  Name of person_____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

---

Case 18-14858-TWD    Doc 16    Filed 01/10/19    Ent. 01/10/19 15:20:26    Pg. 34 of 38

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts**
  *Consumer debts* are defined in 11 U S C § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose "

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code

- Chapter 7 — Liquidation

- Chapter 11 — Reorganization

- Chapter 12 — Voluntary repayment plan for family farmers or fishermen

- Chapter 13 — Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter**

## Chapter 7:  Liquidation

|   |       |                    |
|---|-------|--------------------|
|   | $245  | filing fee         |
|   | $75   | administrative fee |
| + | $15   | trustee surcharge  |
|   | $335  | total fee          |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors  The primary purpose of filing under chapter 7 is to have your debts discharged  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts  Exceptions exist for particular debts, and liens on property may still be enforced after discharge  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law Therefore, you may still be responsible to pay

- most taxes,

- most student loans,

- domestic support and property settlement obligations,

- most fines, penalties, forfeitures, and criminal restitution obligations, and

- certain debts that are not listed in your bankruptcy papers

You may also be required to pay debts arising from

- fraud or theft,

- fraud or defalcation while acting in breach of fiduciary capacity,

- intentional injuries that you inflicted, and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7 This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2)

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2) The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U S trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code If a motion is filed, the court will decide if your case should be dismissed To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold

Exemptions are not automatic To exempt property, you must list it on *Schedule C The Property You Claim as Exempt* (Official Form 106C) If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals The provisions of chapter 11 are too complicated to summarize briefly

Case 18-14858-TWD    Doc 16    Filed 01/10/19    Ent. 01/10/19 15:20:26    Pg. 36 of 38

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully The rules are technical, and a mistake or inaction may harm you If you file without an attorney, you are still responsible for knowing and following all of the legal requirements

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents

Bankruptcy fraud is a serious crime, you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both 18 U S C §§ 152, 1341, 1519, and 3571

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U S C § 109

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors

After you make all the payments under your plan, many of your debts are discharged The debts that are not discharged and that you may still be responsible to pay include

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts

Case 18-14858-TWD    Doc 16    Filed 01/10/19    Ent. 01/10/19 15:20:26    Pg. 37 of 38

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court

For more information about the documents and their deadlines, go to http //www uscourts gov/bkforms/bankruptcy_forms html#procedure

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U S Trustee, the Office of the U S Attorney, and other offices and employees of the U S Department of Justice

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101) To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address

A married couple may file a bankruptcy case together—called a *joint case* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency 11 U S C § 109(h) If you are filing a joint case, both spouses must receive the briefing With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition This briefing is usually conducted by telephone or on the Internet

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge If you are filing a joint case, both spouses must complete the course

You can obtain the list of agencies approved to provide both the briefing and the instructional course from http //justice gov/ust/eo/hapcpa/ccde/cc_approved html

In Alabama and North Carolina, go to http //www uscourts gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors aspx

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list

Case 18-14858-TWD    Doc 16    Filed 01/10/19    Ent. 01/10/19 15:20:26    Pg. 38 of 38